# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

MATTHEW DAVID HARDER ) Case No. 09-31558
ALYSON WYSONG HARDER )
                       Debtors )
_____ )

## OBJECTION TO CLAIM NO. 17
(NOT BASED ON VALUATION OF COLLATERAL)

      COME NOW the debtors, through counsel, and object to the proof of claim number 17 filed by creditor GE Money Bank on August 17, 2010, in the amount of $21,968.46.

**PURSUANT TO LOCAL RULE 3007-1(B), THE CLAIMANT SHALL HAVE 30 DAYS AFTER SERVICE OF THE OBJECTION IN WHICH TO FILE A RESPONSE ON UNSECURED MATTERS. THE RESPONSE SHALL BE IN WRITING AND STATE WHY THE CLAIM SHOULD BE ALLOWED AS FILED. IF A RESPONSE IS FILED, THE COURT WILL SCHEDULE A HEARING. IF NO TIMELY RESPONSE IS FILED, THE COURT WILL ENTER AN ORDER SUSTAINING THE OBJECTION TO THE CLAIM.**

The basis for the objection is as follows: (PLEASE CHECK ONLY THE APPLICABLE BOXES)

☑     Pursuant to Local Rule 3001-1, the claimant has not attached supporting documentation to prove a secured claim.

☑     Pursuant to Local Rule 3084-1(A), the claimant has not served counsel with a copy of the claim and/or supporting documentation. The claim should be disallowed in its entirety.

☑     Pursuant to Local Rule 3003-1, the deadline for filing proofs of claim expired prior to the filing of the claim, so the claim should be disallowed in its entirety.

☑     Debtors are not obligated to GE Money Bank.

Dated: September 23, 2010

                                                  CHECKETT & PAULY, P.C.

                                                  /s/ Kevin Checkett
                                                  Kevin Checkett, #25838
                                                  517 S. Main Street
                                                  P.O. Box 409
                                                  Carthage, Missouri 64836
                                                  (417)358-4049 Telephone
                                                  (417)358-6341 Facsimile
                                                  ATTORNEY FOR DEBTORS

## **CERTIFICATE OF SERVICE**

       The undersigned certifies that the foregoing document was served electronically to those parties who have entered an appearance in the court's Electronic Court Filing (ECF) System and conventionally, via first-class mail, postage prepaid, to those parties below, if any, who have requested notice but are not participating in the ECF System, on the date entered on the court's docket; GE Money Bank, Attn: Bankruptcy Department, PO Box 960061, Orlando, FL  32896-0661.

                                      /s/Kevin Checkett
                                      Attorney of Record