IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| MATTHEW DAVID HARDER | ) | Case No. 09-31558 |
| ALYSON WYSONG HARDER | ) | |
| Debtor | ) | |
| _____ | ) | |

**CERTIFICATE OF MAILING**

      The undersigned certifies that a complete copy of the **Order of the Court granting the objection to claim number 17 of creditor GE Money Bank** was served upon GE Money Bank, Attn: Bankruptcy Department, PO Box 960061, Orlando, FL 32896-0661 by enclosing same in an envelope to said business at their business address as disclosed in the pleadings or record herein, with first class postage fully prepaid, and by depositing said envelope in a U.S. Post Office mailbox in Carthage, Missouri, on the 1st day of November, 2010.

CHECKETT & PAULY, P.C.

/s/ Kevin Checkett
Kevin Checkett, #25838
517 S. Main Street
P.O. Box 409
Carthage, Missouri 64836
(417)358-4049 Telephone
(417)358-6341 Facsimile